```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                          Norfolk Division
```

LEXON INSURANCE COMPANY,

    Plaintiff,

v.                                     Case Number: 2:11cv600

AMERICAN TURF GRASS CORPORATION,
et al,

    Defendants.

## CLERK'S ENTRY OF DEFAULT

    Default is hereby noted on the docket as to defendants American Turf Grass Corporation; Eastern Shore Development Corporation; Eastville Investments LLC; Erosion Control Services, LLC; and Shore Paving, LLC, this 6th day of January, 2012.

                                            FERNANDO GALINDO, Clerk

                                            By: _____/s/_____
                                                   Mary Winstead, Deputy Clerk